UNITED STATES of America, Plaintiff–Appellee,

v.

Ramona RODRIGUEZ, also known as Monica, Defendant–Appellant.

No. 05–20200.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 25, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Ray Christopher Goldsmith, Houston, TX, for Defendant–Appellant.

Ramona Rodriguez, Tallahassee, FL, pro se.

Before DAVIS, SMITH, and WIENER, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Ramona Rodriguez has requested leave to withdraw and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Rodriguez has filed a pro se appellate brief in response to counsel's motion to withdraw. Our independent review of the briefs and

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the record discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.